

# Rosen & Kantrow

**A Professional Limited Liability Company**
Attorneys at Law
38 New Street
Huntington, New York 11743
631 423 8527
arosen@rkdlawfirm.com

AVRUM J. ROSEN　　　　　　　　　　　　　　　　　　　　　　ALLAN B. MENDELSOHN *
FRED S. KANTROW　　　　　　　　　　　　　　　　　　　　　　MICHAEL J. O'SULLIVAN*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(* *of counsel* )

　------------

DEBORAH L. DOBBIN
NICO G. PIZZO
ALEX E. TSIONIS +
(+ *also admitted in New Jersey*)

December 17, 2020

Debra Kramer, Esq.
Debra Kramer, PLLC
10 Pantigo Road, Suite 1
East Hampton, NY 11937

Re:　*In re Dalip Singh*, 19-46777-ess
　　　<u>Law Firm's Billable Hourly Rates</u>

Dear Ms. Kramer:

As you are aware, Rosen & Kantrow, PLLC, ("Law Firm") serves as counsel to you in your capacity as the chapter 7 trustee in a number of cases pending before the Court. In connection with the Order authorizing the Law Firm's retention, in the event that the Law Firm makes a change to the billable hourly rates charged by the Law Firm, the Law Firm is required to advise you, the Court and the United States Trustee. Accordingly, please be advised that commencing on January 1, 2021, the Law Firm's rates shall be as follows:

|  |  |
|---|---|
| Avrum J. Rosen, Esq. | $620.00 |
| Fred S. Kantrow, Esq. | $600.00 |
| Deborah L. Dobbin, Esq. | $520.00 |
| Nico G. Pizzo | $325.00 |
| Alex E. Tsionis | $400.00 |
| Paralegal Time | $150.00 |

Thank you.

　　　　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　　　<u>S/Avrum J. Rosen</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　Avrum J. Rosen